UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EAPPEALS COMMERCIAL LLC and
MEDICAL BILLING RESOURCES, INC.

Plaintiff,

-v-

THE MOUNT VERNON HOSPITAL

Defendant

Case No. 08-CV-4406 (KMK)

ECF Case

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for eAppeals Commercial LLC (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Plaintiff eAppeals Commercial LLC has no corporate parents, affiliates and/or subsidiaries which are publicly held.

**Date:** May 5, 2008

**Signature of Attorney**

**Attorney Bar Code:** EW2030

Form Rule7_1.pdf SDNY Web 10/2007