UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EAPPEALS COMMERCIAL LLC,
a Delaware limited liability company d/b/a
Medical Billing Resources, and
MEDICAL BILLING RESOURCES, INC.,
a New Jersey corporation,

           Plaintiffs,

- against -

THE MOUNT VERNON HOSPITAL, a
New York corporation,

           Defendant.

08-CV-4406 (KMK)
ECF Case

**STIPULATION**



IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the parties hereto, as follows:

1. Defendant appears in the action and waives any defense based on improper or insufficient service of the summons and complaint.

2. Defendant's time to answer or move with respect to the complaint is extended to and including September 30, 2008.

Dated: July 8, 2008

_____
Eileen M. O'Rourke (EO9144)
Attorney for Defendant
16 Guion Place
New Rochelle, New York 10801
(914) 632-5000

EDWARD F. WESTFIELD, P.C.
Attorney for Plaintiffs

By:_____
    Edward F. Westfield EW2030)
274 Madison Avenue – Suite 1601
New York, New York 10016-0701
(212) 532-6625

SO ORDERED: _____, U.S.D.J.